UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-mj-8368-SMM

IN RE:

SEALED COMPLAINT

_____/

FILED BY____YAR____D.C.

Jul 10, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## MOTION TO SEAL

Comes now the United States, by and through the undersigned Assistant United States Attorney, and hereby requests that this Honorable Court seal the attached Complaint. Early disclosure of the Complaint could result in destruction of evidence, intimidation of witnesses, and the target of the investigation fleeing from the jurisdiction.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: _____
ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501746
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1011
Fax: (561) 659-4526
alexandra.chase@usdoj.gov